UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                              Case No.: 14-34123-AJC

GUILLERMO BRITO and JUSTINA BRITO,        Chapter 7

_____Debtor._____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Notice of Hearing on Objection to Debtor's Claim of Exemptions and Scheduled Valuations on Personal Property, in addition to Motion For Turnover Of Property (Non-Exempt Personal Property* [ECF# 45] currently scheduled for April 7, 2015 at 2:00 PM was served by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case and via U.S. Mail to the parties on the attached service list on March 23, 2015.

*I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am qualified to practice in this Court as set forth in Local Rule 2090-1(A).*

EHRENSTEIN CHARBONNEAU CALDERIN
*Counsel for Chapter 7 Trustee*
501 Brickell Key Drive, Suite 300
Miami, Florida 33131
T. 305.722.2002     F. 305.722.2001
www.ecclegal.com

By: _____
Matthew A. Petrie, Esq.
Florida Bar No: 44770
map@ecclegal.com

**Via U.S. Mail:**

**Guillermo Brito and Justina T Brito**
14355 SW 50th Street
Miami, FL 33175-5019

**14-34123-AJC Notice will be electronically mailed to:**

Jacqueline Calderin
calderintrustee@gmail.com, jcalderin@ecf.epiqsystems.com;yruiz@ecclegal.com

Jacqueline Calderin on behalf of Trustee Jacqueline Calderin
calderintrustee@gmail.com, jcalderin@ecf.epiqsystems.com;yruiz@ecclegal.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Matthew A Petrie on behalf of Trustee Jacqueline Calderin
map@ecclegal.com, nsocorro@ecclegal.com;bankruptcy@ecclegal.com

Alexis S Read on behalf of Creditor Space Coast Credit Union
alexis.read@blaxgray.com, read.assistant@blaxgray.com

Robert Sanchez, Esq on behalf of Debtor Guillermo Brito
court@bankruptcyclinic.com, courtECFmail@gmail.com

Robert Sanchez, Esq on behalf of Joint Debtor Justina T Brito
court@bankruptcyclinic.com, courtECFmail@gmail.com