

**ORDERED in the Southern District of Florida on April 16, 2015.**

A. Jay Cristol, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

*In re:*                                                Case No.: 14-34123-AJC

GUILLERMO BRITO and JUSTINA BRITO,                      Chapter 7

    Debtor.                                              /

### AGREED ORDER SUSTAINING TRUSTEE'S OBJECTION TO DEBTOR'S CLAIMED EXEMPTIONS AND MOTION FOR TURNOVER

THIS MATTER came before the Court on upon the *Chapter 7 Trustee's (I) Objection to Debtors' Claimed Exemptions and Scheduled Valuation on Personal Property and (II Motion for Turnover of Non-Exempt Personal Property* [ECF #44] (the "Objection") filed by Jacqueline Calderin, as Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Guillermo Brito and Justina Brito (the "Debtors"). Having reviewed the Objection and being advised that the parties agree to the relief ordered herein, finding that the relief sought in the Objection is in the best

interest of the estate and that good cause exists for the relief provided herein, the Court **ORDERS** as follows:

1. The Objection is **SUSTAINED** and the motion for turnover is **GRANTED** as set forth in this Order.

2. The Debtors shall pay the Trustee in the form of a money order or a cashier's check payable to "Jacqueline Calderin, Trustee, for the benefit of the Estate", the total sum of $5,040.00 (the "Payment"), in 12 equal monthly installments of $420.00 per month beginning 30 days from entry of this Order with each subsequent payment due to the Trustee on or before the 7th day of each month thereafter until the Payment has been paid in full. The Payment shall be allocated to the Debtors' household goods, furnishings, and apparel.

3. If the Debtors default in timely making any payments under paragraph 2 as set forth above, then the Trustee shall notify the Debtors of such default immediately in writing by U.S. mail or email to counsel for the Debtor. If the Debtors do not cure the default within five days of such notice from the Trustee, then the Trustee shall be entitled to (i) entry of a final judgment against the Debtors in the amount of $5,040.00 plus the Trustee's reasonable fees and costs incurred in enforcing the Settlement Agreement upon motion and notice, and (ii) revocation of Debtor's discharge by motion pursuant to Rule 9024 of the Federal Rules of Bankruptcy Procedure, and the Debtor explicitly waives the requirement of an adversary proceeding for such matter.

4. The Court reserves jurisdiction to enforce the terms of this Order.

_____  
Jacqueline Calderin, Chapter 7 Trustee  
247 SW 8th Street, #880  
Miami, Florida 33130  
T: 786.369.8440   F: 786.369.8523  
calderintrustee@gmail.com

_____  4/16/15  
Guillermo Brito, Co-Debtor

_____  4/16/15  
Justina Brito, Co-Debtor

2

# # #

**SUBMITTED BY:**
Matthew A. Petrie, Esq.
Florida Bar No: 44770
map@ecclegal.com
EHRENSTEIN CHARBONNEAU CALDERIN
*Counsel for the Chapter 7 Trustee*
501 Brickell Key Drive, Suite 300
Miami, Florida 33131
T. 305.722.2002     F. 305.722.2001
www.ecclegal.com

(Copy furnished to Attorney Petrie, who is directed to serve a copy of this Order upon all interested parties)