UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                              CASE NO. 14-34123-BKC-AJC
                                                    CHAPTER 7 Proceeding
BRITO, GUILLERMO
BRITO, JUSTINA T

_____Debtor(s)_____/

## TRUSTEE'S OBJECTION(S) TO CLAIM(S)

**IMPORTANT NOTICE TO CREDITORS:
THIS IS AN OBJECTION TO YOUR CLAIM**

This objection seeks to either disallow, reduce the amount, or change the priority status of the claim filed by you or on your behalf. Please read the objection(s) carefully to identify which claim is objected to and what disposition is recommended for your claim.

If you disagree with the objection or the recommended treatment of your claim, then you must file a written response **WITHIN 30 DAYS** from the date of service stated in this objection, explaining why your claim should be allowed as presently filed, and you must mail a copy to the undersigned Trustee, JACQUELINE CALDERIN, OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.

If you mail your response to the Court for filing, you must mail it to the United States Bankruptcy Court, C. Clyde Atkins U.S. Courthouse, 301 N. Miami Ave, Suite #150, Miami, FL 33128, early enough so the Court will receive it on or before July 14, 2016.

The written response must contain the case name and case number. If you or your attorney does not take these steps, the Court may decide that you do not oppose the objection to your claim.

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the Trustee objects to the following claim(s) filed in this case:

| Claim No | Claimant Name | Claim Amount | Recommended Disposition of Claim |
|---|---|---|---|
| 3 | Quantum3 Group LLC as agent for CAM1 LLC PO Box 788 Kirkland, WA 98083-0788 | $8,731.59 | Collection of this claim is time-barred under Florida law. Accordingly, this claim should be stricken in its entirety. |

| 2 | Sheridan Emerg Phys SVCS<br>c/o NRS<br>P.O Box 8005<br>Cleveland, TN 37320-8005 | $61.94 | Collection of this claim is time-barred under Florida law. Accordingly, this claim should be stricken in its entirety. |
|---|---|---|---|
| 1 | Cavalry SPV I, LLC as assignee of Chase Bank USA,<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595 | $6,855.94 | Collection of this claim is time-barred under Florida law. Accordingly, this claim should be stricken in its entirety. |

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on those parties listed below via the manner stated.

Dated: June 14, 2016

By: /s/ *Jacqueline Calderin, Trustee*

_____
JACQUELINE CALDERIN, TRUSTEE
247 SW 8 Street, #880
Miami, Florida 33130
Telephone: (786) 369-8440
Email: calderintrustee@gmail.com

Via Electronically:
To all CM/ECF Notice Parties

Via U.S. Mail:

Quantum3 Group LLC as agent for
CAM1 LLC
PO Box 788
Kirkland, WA 98083-0788

Sheridan Emerg Phys SVCS
c/o NRS
P.O Box 8005
Cleveland, TN 37320-8005

Cavalry SPV I, LLC as assignee of Chase Bank USA,
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595