

**ORDERED in the Southern District of Florida on July 26, 2016.**

**A. Jay Cristol, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

GUILLERMO BRITO and
JUSTINA T BRITO;

      Debtors.        /

Case No. 14-34123-BKC-AJC

Chapter 7

### ORDER SUSTAINING IN PART AND OVERRULING IN PART AS MOOT TRUSTEE'S OBJECTIONS TO CLAIMS [ECF # 54]

**THIS MATTER** having come before the Court upon the *Trustee's Objection(s) to Claim(s)* (the "Objection") [ECF # 54] (the "Objection) filed by Jacqueline Calderin (the "Trustee"), the Chapter 7 Trustee of the above-styled case, and upon submitting this form of order having represented that the Objection was served on all parties as required by Local Rule 3007-1(A), that the 30-day response time provided has expired and no one has filed, or served on the movant, a response to the Objection, pursuant required by Local Rule 3007-1(D).  The Court

having reviewed the Objection, finding adequate notice of the Objection was provided to all interested parties, and finding good cause therefor, the Court **ORDERS** as follows:

1. The Objection is **SUSTAINED IN PART** as follows:

| Claim No. | Name of Claimant | Treatment of Claim |
|---|---|---|
| 1-1 | Cavalry SPV I, LLC as assignee Of Chase Bank USA, 500 Summit Lake Drive, Ste 400 Valhalla, NY  10595 | Claim is stricken and disallowed in its entirety. |
| 2-1 | Sheridan Emerg Phys SVCS c/o NRS PO Box 8005 Cleveland, TN 37320-8005 | Claim is stricken and disallowed in its entirety. |
| 3-1 | Quantum3 Group LLC as agent for CAM1 LLC PO Box 788 Kirkland, WA 98083-0788 | The Trustee respectfully withdraws the Objection to this claim. |

# # #

Submitted by:
**JACQUELINE CALDERIN**
*Chapter 7 Trustee*
247 SW 8th Street, #880
Miami, Florida 33130
T 786.369.8440
F 786.369.8523
calderintrustee@gmail.com

Trustee Calderin is directed to serve a conformed copy of this Order to all creditors, parties in interest, and others entitled to service.

2